IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KYOMI POSTLEY, and T.P.,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) Case No. 14-2555-JAR-TJJ |
| **PINNACLE POINTE HOSPITAL, et al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

Plaintiffs Kyomi Postley and T.P., Postley's minor child, proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint against Pinnacle Pointe Hospital, Dr. Kenneth Hawn, Counselor Ryan Jones, and the Superintendent of Garland County Schools. Plaintiff alleges that her son suffered a bad reaction to certain medication used to treat her him after a thumb surgery at Pinnacle Pointe Hospital, and alleges that the child's school counselor pressured her son and threatened her that child would be taken away. Plaintiff seeks compensatory and punitive damages.

After screening Plaintiff's Complaint as required by 28 U.S.C. § 1915(e)(2)(B)(ii), United States Magistrate Judge Teresa James issued to Plaintiff Postley a detailed Order to Show Cause in writing by December 8, 2014, why the Complaint should not be dismissed for the reasons stated in that Order, including failure to establish personal jurisdiction, proper venue, and/or stating no claim upon which relief can be granted (Doc. 5). Plaintiff has not responded to the Court's Order and the time to do so has passed. For the reasons explained in the November 19, 2014 Order to Show Cause, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED** that for the reasons set forth in the Court's Order to Show Cause (Doc. 5), this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 25, 2015

                                         S/ Julie A. Robinson

                                         JULIE A. ROBINSON

                                         UNITED STATES DISTRICT JUDGE